# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

ROBERT J TROKAN,
    Plaintiff

    v.                                                     CASE NUMBER: 05-C-1045

PAMELA WALLACE,
    Warden, Stanley Correctional Institution,
    Defendant

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court. The issues have heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Trokan's Motion to Appoint Counsel (Docket No. 2) is **DENIED**.

    **IT IS FURTHER ORDERED** that Trokan's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody is **DISMISSED** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

| November 18, 2005 | SOFRON B. NEDILSKY |
|---|---|
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |